February 16, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CHARLES ANTHONY ALLEN, Appellant

NO. 14-11-00101-CV                    V.

KIRT STIEFER, LISA MANTLE, AND SUSAN WILBURN, Appellees
_____

This cause, an appeal from the judgment in favor of appellees, KIRT STIEFER, LISA MANTLE, AND SUSAN WILBURN, signed November 24, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.